E. R. FAIN, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

Mrs. E. R. FAIN, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

Chas. P. McGAHA, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

Mrs. Chas. P. McGAHA, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

L. D. FAIN, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

Nos. 7683–7687.

Circuit Court of Appeals, Fifth Circuit.
April 26, 1935.

John B. King, of Wichita Falls, Tex., for petitioners.

Frank J. Wideman, Asst. Atty. Gen., Lucius A. Buck and Sewall Key, Sp. Assts. to Atty. Gen., and Robt. H. Jackson, Asst. Gen. Counsel, Bureau of Internal Revenue, and Shelby S. Faulkner, Sp. Atty., Bureau of Internal Revenue, both of Washington, D. C., for respondent.

Before BRYAN, FOSTER, and HUTCHESON, Circuit Judges.

PER CURIAM.

On the authority of Estate of Mrs. C. W. Murchison v. Commissioner of Internal Revenue (C. C. A.) 76 F.(2d) 641, decided March 29, 1935, the petitions for review herein are denied.

FEDERAL TRADE COMMISSION, Petitioner, v. L. A. CRANCER et al.

No. 388 Orig.

Circuit Court of Appeals, Eighth Circuit.
March 20, 1935.

W. T. Kelley, Chief Counsel for Federal Trade Commission, of Washington, D. C., for petitioner.

Louis Mayer, of St. Louis, Mo., for respondents.

PER CURIAM.

Petition for enforcement of order of Federal Trade Commission dismissed without prejudice, on petition of petitioner.

FEDERAL TRADE COMMISSION, Petitioner, v. GEORGE H. LEE COMPANY.

No. 389 Orig.

Circuit Court of Appeals, Eighth Circuit.
April 10, 1935.

W. T. Kelley, Chief Counsel, Federal Trade Commission, Martin A. Morrison, Asst. Chief Counsel, and Pgad R. Morehouse and James W. Nichol, Sp. Attys., Federal Trade Commission, all of Washington, D. C., for petitioner.

I. P. Ryland, Arthur Mag, and Paul R. Stinson, all of Kansas City, Mo., for respondent.

PER CURIAM.

Petition for enforcement of cease and desist order of Federal Trade Commission dismissed, without prejudice, etc., on joint motion of parties, etc.